UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | No. 09-296 |
| GUY MANNING, JR. | SECTION "I" |

### ORDER

Before the Court is a motion[1] for post-conviction relief filed by defendant, Guy Manning, Jr. ("Manning), pursuant to 28 U.S.C. § 2255.  Manning argues that he received ineffective assistance from his retained counsel following his sentencing on September 2, 2010.  He swears that he directed counsel to file a notice of appeal and that counsel failed to do so.[2]  Manning requests that this Court permit him to file an out-of-time appeal.[3]

The government initially opposed[4] Manning's motion for relief.  This Court was recently informed, however, that the government has formally withdrawn its opposition and it requests that Manning be granted an opportunity to file an out-of-time appeal.[5]

In *United States v. West*, 240 F.3d 456 (5th Cir. 2001), the Fifth Circuit set forth the procedure for granting an out-of-time appeal pursuant to a § 2255 motion: this Court must grant Manning an out-of-time appeal, dismiss his § 2255 motion without prejudice, and reinstate his criminal judgment on the docket.  *Id.* at 259-62.

Accordingly, in light of the Fifth Circuit's instructions in *West*,

---

[1] R. Doc. No. 56.
[2] R. Doc. No. 56, p. 13.
[3] R. Doc. No. 56, p. 12.
[4] R. Doc. No. 61.
[5] R. Doc. No. 66, p. 2.

**IT IS ORDERED** that Manning is **GRANTED** leave to file an out-of-time appeal and that the Clerk of Court is directed to **REINSTATE** the criminal judgment.  Pursuant to Fed. R. App. P. 4(b)(1)(A)(i), in order to file a timely appeal, Manning must file a notice of appeal within **14 days** of entry of judgment.

**IT IS FURTHER ORDERED** that Manning's § 2255 motion is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the evidentiary hearing in this matter scheduled for **Friday, October 21, 2011, at 8:30 a.m.** is **CANCELLED**.

New Orleans, Louisiana, October 3, 2011.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**